IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WAADEW AYSISAYH,

    Plaintiff,

v.                                          4:14cv277-WS

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 27, 2014.  See Doc. 8.  The magistrate judge recommends that the plaintiff's motion for leave to proceed in forma pauperis be denied and that his complaint be dismisses without prejudice.  The plaintiff has filed objections (doc. 11) to the magistrate judge's report and recommendation.

Having reviewed the record in this case in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 8) is hereby

ADOPTED and incorporated by reference into this order.

 2. The plaintiff's motion (doc. 6) for leave to proceed in forma pauperis is DENIED.

 3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

 4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

 4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

 DONE AND ORDERED this  16th  day of   July  , 2014.


       s/ William Stafford
       WILLIAM STAFFORD
       SENIOR UNITED STATES DISTRICT JUDGE